UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Kathleen Anne Costello v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12835-DRH |
| *Ruchelle Deuzan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10955-DRH |
| *Angel Star Garrett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11750-DRH |
| *Paula Heaney-Sopp v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10263-DRH |
| *Barborka Schmidt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10321-DRH |
| *Rosalind Regina Smucker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10960-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

          NANCY J. ROSENSTENGEL,
          CLERK OF COURT

          BY:   /s/*Caitlin Fischer*
                  Deputy Clerk

**Dated:**  May 16, 2014

Digitally signed by David R. Herndon
Date: 2014.05.16 16:29:12 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2